■ MARCIA A. MATHEWS, Respondent, v NORTHWEST AIRLINES, INC., Appellant.—Order of the Onondaga County Court unanimously reversed on the law without costs and judgment of the Justice Court of the Town of Camillus reinstated. Memorandum: Justice Court properly found that plaintiff's medical excuses were insufficient to warrant a "Maxsaver" airline ticket refund. The ticket contract was not unconscionable because of lack of mutuality of obligation and there was valid consideration *(see, Weiner v McGraw-Hill, Inc.,* 57 NY2d 458, 464; *Morris v Cooper,* 115 AD2d 337, 338). Moreover, there is no evidence in this record of any overreaching, fraud or misrepresentation by the defendant. (Appeal from order of Onondaga County Court, Cunningham, J.—breach of contract.) Present—Callahan, J. P., Boomer, Green, Pine and Davis, JJ.

■ BRIGITTE U. BECKER, Respondent, v HENRY BECKER, Appellant. (Appeal No. 1.)—Order unanimously affirmed with costs. Memorandum: We agree with Family Court that the record fails to demonstrate that petitioner intentionally and voluntarily relinquished her right to seek payment of the arrears of maintenance provided by an order of support *(see, Lannon v Lannon,* 124 AD2d 1051, 1052). Here, there was no agreement that petitioner would accept the lesser amount paid by respondent *(see, Malta v Malta,* 87 AD2d 988). She demanded full payment after respondent paid the lesser amount. Mere inaction and delay in bringing this action for almost four years without a showing of prejudice to respondent does not constitute laches *(see, Matter of Guido,* 81 AD2d 614; *see also, Maule v Kaufman,* 33 NY2d 58, 62, *rearg denied* 33 NY2d 940). (Appeal from order of Erie County Family Court, Notaro, J.—arrearages.) Present—Callahan, J. P., Boomer, Green, Pine and Davis, JJ.